474 A.2d 639

Hall, Appellants, v. Lucas.

Argued March 7, 1984.

Marvin W. Factor, for appellants; Patrick C. McDonald, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order affirmed.

April 6, 1984.

474 A.2d 639

Citibank v. Elfman, Appellant.

Submitted November 23, 1983.

Irv Elfman, appellant, in propria persona; Drew Salaman, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.

MONTEMURO, J., concurred in the result.